# ALABAMA COURT OF CRIMINAL APPEALS



September 5, 2025

**CR-2024-0997**
Daniel J. Gilley v. State of Alabama (Appeal from CC-22-189.60 and CC-22-190.60)

## <u>NOTICE</u>

You are hereby notified that on September 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk